**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*, | |
| *Plaintiff,* | Case No.:  1:20-cv-146 |
| v. | |
| **DAVID BERNHARDT**, *et al.*, | |
| *Defendants.* | |

DECLARATION OF JASON A. TOTOIU IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

I, Jason A. Totoiu, hereby declare pursuant to 28 U.S.C. § 1746 and Local Rule 83.2(d):

1.  My name, office address, telephone number, and email address are as follows:

    Jason A. Totoiu
    Center for Biological Diversity
    P.O. Box 2155
    St. Petersburg, FL 33731
    Tel: (561) 568-6740
    jtotoiu@biologicaldiversity.org

2.  I have been admitted to the following courts and bars:

    | TITLE OF COURT | DATE OF ADMISSION |
    |---|---|
    | Supreme Court of Florida | Oct. 4, 2004 |
    | U.S. District Court for the Southern District of Florida | Nov. 6, 2006 |
    | U.S. District Court for the Middle District of Florida | July 31, 2007 |

3.  I am a member in good standing of the Florida Bar (FL Bar No. 0871931). I have never been disciplined by any bar or faced suspension or disbarment in any court.

4.  I have not been admitted *pro hac vice* in this Court.

5.  I do not engage in the practice of law from an office located in the District of Columbia.  I am not a member of the District of Columbia bar, nor do I have an application for membership pending.

6.      I have reviewed and am familiar with the Local Rules of this Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2020, in Winterhaven, Florida.

DATED: January 21, 2020                    Respectfully submitted


                                  */s/ Jason Totoiu*
                                  Jason Totoiu
                                  FL Bar No. 0871931
                                  Center for Biological Diversity
                                  P.O. Box 2155
                                  St. Petersburg, FL 33731
                                  Tel: (561) 568-6740
                                  jtotoiu@biologicaldiversity.org