**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, *et al.*,<br><br>        *Plaintiff,*<br>v.<br><br>**DAVID BERNHARDT**, *et al.*,<br><br>        *Defendants.* | Case No.:  1:20-cv-146 |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiffs' Motion for Admission of Attorney *Pro Hac Vice* and the attached declaration, it is hereby ORDERED that Jason A. Totoiu be specially admitted to appear and participate in the above-captioned matter as co-counsel to Elise Pautler Bennett, attorney of record for the Center for Biological Diversity.

SO ORDERED.


DATED: _____ , 2020.          _____
                                                                                    U.S. District Judge

**LCvR 7(k) Statement**

The following is a list of the names and addresses of all parties entitled to be notified of entry of the attached proposed order:

DAVID BERNHARDT
Secretary of the U.S. Department of Interior
1849 C Street NW
Washington, D.C. 20240

U.S. DEPARTMENT OF INTERIOR
1849 C Street NW
Washington, D.C. 20240

AURELIA SKIPWITH
Director of the U.S. FISH AND WILDLIFE SERVICE
1849 C Street N.W.
Washington, D.C. 20240

U.S. FISH AND WILDLIFE SERVICE
1849 C Street N.W.
Washington, D.C. 20240